

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 5/20/2014

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** Michael M. Bonelli
Senior United States Probation Officer

**Subject:** Gause, Little Waddell
Dkt. No. 0419 3:06CR00020-1
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC

JUN 0 4 2014

US District Court
Western District of NC

---

On 07/20/2007, the defendant was sentenced pursuant to a conviction for Possession With Intent to Distribute Cocaine Base and Aid and Abet Same and Possession of Firearm by Felon. On counts 1 and 3, the defendant was ordered to serve 71 months' imprisonment with each count to run concurrently, followed by three (3) years of supervised release. His term of supervised release commenced on 04/12/2011. The following property was seized from the defendant during his supervision term: 1) Suspected Methamphetamine.

His term of supervised release was revoked on 07/31/2013, and he was ordered to serve a sentence of time served to be followed by one-year of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____   _____
Signature of Judicial Officer          Date: 5-29-14